# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Messitte, Peter J. | U.S. District Court | 11/04/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States Courthouse
6500 Cherrywood Lane
Suite 475A
Greenbelt, Maryland 20770

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | American University Washington College of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01/01/04 | Pension Plan - State of Maryland Judiciary |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/18 | State of Maryland Judiciary - Pension Payments | $54,491.00 |
| 2. 12/31/18 | American University Washington College of Law - Teaching | $10,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Universidad Abierta Interamericana | 11/8/18 | Buenos Aires, Argentina | Lecture | Hotel |
| 2. | Judiciary of Province of Misiones | 11/9/18 to 11/11/18 | Buenos Aires/Iguazu, Argentina | Lecture | Transportation, Hotel |
| 3. | Argentine Association of Constitutional Justice | 11/8/19 to 11/17/19 | Buenos Aires, Argentina | Attend Convention & Meet Government Officials | Transportation, Hotel, Meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 11/04/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 11/04/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America | A | Interest | K | T | | | | | |
| 2. Capital One Bank, Chevy Chase, MD | A | Interest | M | T | | | | | |
| 3. Sun Trust Bank, Chevy Chase MD | A | Interest | L | T | | | | | |
| 4. Old Line Bank, Greenbelt, MD | A | Interest | J | T | | | | | See Part VIII |
| 5. PJM/IRA (Wells Fargo) (same as #6 to #35) | D | Dividend | N | T | | | | | |
| 6. PJM/IRA (Wells Fargo) | D | Distribution | N | T | Distributed (part) | 12/31/18 | K | | |
| 7. American Funds: Euro Pacific Growth Fund C1 A | A | Dividend | K | T | | | | | |
| 8. Fed Eq Fds. Kaufman Large Cap Fd | A | Dividend | K | T | | | | | |
| 9. Fed Eq Fds. Kaufman Large Cap Fd | A | Dividend | K | T | Sold (part) | 11/19/18 | J | A | |
| 10. Royce Penn Mutual Fund | A | Dividend | J | T | | | | | |
| 11. Blackrock Fds Int Gr. 1 High Eq | A | Dividend | J | T | | | | | See Part VIII |
| 12. American Funds Growth Fd of Am CIF2 | A | Dividend | K | T | | | | | |
| 13. Henderson Global Fd Inc C1 I | A | Dividend | K | T | | | | | See Part VIII |
| 14. Lord Abbett Dev Growth Fd C1 F | A | Dividend | K | T | | | | | |
| 15. MFS Value Fd C1 A | A | Dividend | K | T | | | | | |
| 16. Oppenheimer Div Mkts Fd C1 Y FDS | A | Dividend | K | T | | | | | |
| 17. Thornburg Inv Inc Bldr Fd C1 I | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 11/04/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   John Hancock Disc Val MDCP | A | Dividend | K | T | | | | | |
| 19.   John Hancock Disc Val MDCP | A | Dividend | K | T | Sold<br>(part) | 11/19/18 | J | A | |
| 20.   1 Shares Core Emerg Mkts | A | Dividend | J | T | | | | | |
| 21.   1 Shares Core S&P 500 | A | Dividend | J | T | | | | | |
| 22.   1 Shares S&P Small Cap | A | Dividend | K | T | | | | | |
| 23.   First Trust Sabrient Small Cap. Growth | A | Dividend | K | T | | | | | |
| 24.   First Trust Sabrient Small Cap Growth | A | Dividend | J | T | Buy | 10/18/18 | J | | |
| 25.   John Hancock Fds. Int. Growth | A | Dividend | K | T | | | | | |
| 26.   First Trust Dorsey Wright Rel. | A | Dividend | J | T | Buy | 01/04/18 | J | | |
| 27.   First Trust Dorsey Wright Rel. | A | Dividend | J | T | Redeemed | 01/05/18 | J | A | |
| 28.   Baron Inv. Fds. Tr. Growth Fd. | A | Dividend | J | T | | | | | |
| 29.   Mainstay Fds. Tax-Free Bd Fd C1 | A | Dividend | J | T | | | | | |
| 30.   Putnam Asset Alloc. Fd Dynamic Asset | A | Dividend | J | T | | | | | |
| 31.   Virtus Fds WCM Int Eq | A | Dividend | J | T | | | | | See Part VIII |
| 32.   Virtus Assets Tr. Ceredex Mid-Cap Value | A | Dividend | K | T | | | | | See Part VIII |
| 33.   Touchstone Strategic Tr Focused Fd Y | A | Dividend | J | T | | | | | |
| 34.   Stadion Inv. Tr. Tactical Growth Fd. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 11/04/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Neuberger Berman Equity Inc. Fd | A | Dividend | J | T | | | | | |
| 36. SM/IRA (Wells Fargo) (same as #37 to #45) | A | Dividend | K | T | | | | | |
| 37. SM/IRA (Wells Fargo) | A | Dividend | K | T | Distributed (part) | 12/31/18 | J | A | |
| 38. Blackrock Fds Int. Gr. I High Eq | A | Dividend | J | T | | | | | See Part VIII |
| 39. Fd Eq Fds. Kaufman Lge Cap Fd Inst C1 | A | Dividend | J | T | | | | | |
| 40. Oppenheimer Dev. Mkts C1 Y FDS | A | Dividend | J | T | | | | | |
| 41. First Trust Sabrient Bakers Dozen | A | Dividend | J | T | | | | | |
| 42. Putnam Asset Alloc Fd Dynamic Ass. | A | Dividend | J | T | | | | | |
| 43. 1 Shares Core Emerg Mkt | A | Dividend | J | T | | | | | |
| 44. 1 Shares Corp S&P 500 | A | Dividend | J | T | | | | | |
| 45. 1 Shares S&P Small Cap | A | Dividend | J | T | | | | | |
| 46. SM/PJM (Wells Fargo) (same as #47 to #77) | E | Dividend | N | T | | | | | |
| 47. Henderson Global Eq. Inc. Fd C1 1 | A | Dividend | | | Sold | 12/19/18 | J | A | |
| 48. American Income Co. Fd. of America, F2 | A | Dividend | K | T | | | | | |
| 49. Blackrock Fds Int Growth 1 High Eq. | A | Dividend | | | Sold | 12/19/18 | J | A | See Part VIII |
| 50. American Europacific Growth Fd F2 | A | Dividend | J | T | | | | | |
| 51. American Funds Growth Fd. of Amer Class F2 | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. American Fds. Inv. Co. of Amer C1 F2 | A | Dividend | K | T | | | | | |
| 53. Lord Abbett Dev Growth Fd C1 I | A | Dividend | J | T | | | | | See Part VIII |
| 54. MFS Value I (ME11X) | A | Dividend | J | T | | | | | |
| 55. Invesco Eq & Inc Fd C1 Y | A | Dividend | J | T | | | | | |
| 56. John Hancock Dis Val Mid Cap Fd | A | Dividend | J | T | | | | | |
| 57. First Tr Dorsey Wright Rel. | A | Dividend | | | Sold | 12/13/18 | K | D | See Part VIII |
| 58. Fd Eq. Fds Kaufman Lge Cap Fd. C1 I | A | Dividend | J | T | | | | | |
| 59. First Trust Sabrient Small Cap Growth | A | Dividend | J | T | | | | | |
| 60. First Trust Sabrient Small Cap Growth | A | Dividend | J | T | Buy (add'l) | 10/18/18 | J | | |
| 61. Baron Inv Fds Tr. Growth Fd. | A | Dividend | K | T | | | | | |
| 62. Mainstay Fds. Tax-Free Bd Fd C1 I | A | Dividend | | | Sold | 12/19/18 | J | A | |
| 63. Putnam Asset Alloc Fd. Dynamic Asset | A | Dividend | J | T | | | | | |
| 64. Virtus Ass. Tr. Ceredex Mid-Cap Val | A | Dividend | | | Sold | 12/19/18 | J | A | See Part VIII |
| 65. Touchstone Strategic Tr. Focused Fd Y | A | Dividend | J | T | | | | | |
| 66. Stadion Inv. Tr. Tatical Growth Fd | A | Dividend | J | T | | | | | |
| 67. Neuberger Berman Eq. Inc. Fds. | A | Dividend | | | Sold | 12/19/18 | J | A | |
| 68. Guggenheim Under-Valued Top Picks | A | Dividend | | | Buy | 02/26/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 11/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Guggenheim Under-Valued Top Picks | A | Dividend | | | Redeemed | 02/28/18 | K | A | |
| 70. First Tr Emerging Port Mkts - Strength | A | Dividend | | | Redeemed | 11/06/18 | K | A | |
| 71. First Tr Euro Deep Value Div | A | Dividend | K | T | Buy (add'l) | 11/19/18 | J | | |
| 72. 1 Shares Core Emerg Mkts | A | Dividend | J | T | | | | | |
| 73. 1 Shares Core S&P 500 | A | Dividend | J | T | | | | | |
| 74. 1 Shares S&P Small Cap | A | Dividend | J | T | | | | | |
| 75. First Trust Lg. Cap Core Alpha Dex | A | Dividend | K | T | Buy | 12/19/18 | K | | |
| 76. JP Morgan Global Alloc Fd | A | Dividend | J | T | Buy | 12/19/18 | J | | |
| 77. Transam Fds Int Equity | A | Dividend | J | T | Buy | 12/09/18 | J | | |
| 78. ▒▒▒▒▒▒▒▒ | A | Rent | M | W | | | | | |
| 79. Maryland College Investment Plan #1 Portfolio 2021 (no control) | A | Interest | K | T | | | | | |
| 80. Maryland College Investment Plan #2 Portfolio 2021 (no control) | A | Interest | K | T | | | | | |
| 81. Maryland College Investment Plan #3 Portfolio 2021 (no control) | A | Interest | J | T | Redeemed (part) | 12/31/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 11/04/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Elaboration of Part VIII

#4 --- This bank account was opened with my own funds at the end of CY 2016.   It was set up to cover unreimbursed international and pro bono activities.   I have used it so infrequently (e.g. one check drawn in CY 2018), that I forgot to include it in my 2016 and 2017 financial disclosure reports.

#11 --- Name changed from Blackrock US Funds Int. Growth I High Equity Inc. Fd from Blackrock US Opp Portfolio Fd1 (in 2017 report).

#13 --- Name changed to Henderson Global Inc. Fd. C1 1 from Henderson Int Opp Fd C1 W (in 2017 report).

#31 --- Name changed to Virtus Funds WCM Int. Eq. Fund C1 1 from Ridgeworth Fds. Int. Equity Fd (in 2017 report).

#32 --- Name changed to Virtus Assets Tr Ceredex Mid Cap Val Eq. C1 1 from Ridgeworth Fds. Ceredex Mid-Cap Value (in 2017 report).

#38 --- Name changed to Blackrock Funds Int. Growth I High Equity Inc. Fd from Blackrock US Opp Portfolio Fd (in 2017 report).

#49 --- Name changed to Blackrock Funds Int Growth I High Equity Inc. Fd from Blackrock US Opp Portfolio Fd (in 2017 report).

#53 --- Should read "C1 I" instead of "C1 F."

#57 --- Mistakenly report as "Part" Sold in 2017.  Asset was "All" Sold in 2017.

#64 --- Name changed to Virtus Assets Tr Ceredex Mid-Cap Val Eq. C1 1 from Ridgeworth Fds Ceredex Mid-Cap Value (in 2017 report).

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 11/04/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Peter J. Messitte**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544